UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

AHMED MOHAMED
a/k/a "Woo"

Docket No. 2:18-cr-125-GZS

## INDICTMENT

The Grand Jury Charges:

### COUNT 1
(Possession with Intent to Distribute Cocaine Base)

On about August 15, 2018, within the District of Maine, defendant

**AHMED MOHAMED**
a/k/a "Woo"

knowingly and intentionally possessed with intent to distribute a mixture or substance containing cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

Date: 8/23/18

_____
Assistant United States Attorney

1